UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>Miguel Angel RUIZ-Santana (D1)<br><br>Emperatriz ARCIGA (D2)<br><br>    Defendant(s) | Case No. 07mj1034 (JMA); 07cr1318-BEN<br><br>PROPOSED ORDER FOR SHORTENING TIME TO HEAR THE MOTION TO CONDUCT A VIDEOTAPE DEPOSITION OF MATERIAL WITNESS JESUS CASILLAS-PANDURO |

Upon the application of the Material Witness, and good cause appearing, the motion to hear the Material Witness' motion to conduct his videotape deposition shall be heard on **June 19, 2007 at 2:00 p.m.,** and the notice period for the motion is shortened accordingly

IT IS SO ORDERED.

DATED: June 14, 2007

Jan M. Adler

U.S. Magistrate Judge